1  CHARLES P. DIAMOND (S.B. #56881)
   1999 Avenue of the Stars
2  8th Floor
   Los Angeles, California  90067-6035
3  Telephone:  +1 310 553 6700
   Facsimile:   +1 310 246 6779
4  E-Mail: cdiamond@omm.com

5  Attorneys for Defendant Oscar Flores

6  BENJAMIN R. BARRON (S.B. # 257094))
   Assistant United States Attorney
7  Deputy Chief, OCDETF Section
   1400 United States Courthouse
8  312 North Spring Street
   Los Angeles, California 90012 Telephone:
9  (213) 894-3542/2576
   Facsimile: (213) 894-0142
10 E-mail:    ben.barron@usdoj.gov

11 Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-684-CAS - 13 |
| Plaintiff, | **[PROPOSED] ORDER SEVERING DEFENDANT OSCAR FLORES AND MODIFYING TRIAL SCHEDULE** |
| v. | |
| MANUEL LARRY JACKSON, et al.,, | |
| Defendants. | **TRIAL DATE: MARCH 19, 2019** **[PROPOSED] TRIAL DATE AND TIME: APRIL 16, 2019 AT 9:30 A.M.** |

The Court has read and considered the Stipulation To Sever and To Modify Trial Schedule filed by government and defendant Oscar Flores on January 22, 2019.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support good cause for severing the trial of defendant Flores and for continuing his trial date to April 16, 2019, or as soon thereafter as the trial in *United States v. Rodriquez-Landa* et al. permits.  The

Court also finds that the Stipulation demonstrates facts that support a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the ends of justice served by the four-week continuance outweigh the best interest of the public and defendants in a speedy trial in that Mr. Flores has been in pretrial detention for over four years; the trial now scheduled for March 19, 2019 will likely be delayed by the trial of *United States v. Rodriquez-Landa et al.*, et al., CR 13-484-CAS, which is set to commence on March 5, 2019 and is estimated run approximately four weeks; so as to assure the availability of witnesses, both the government and defendant Flores prefer to continue the trial to a date certain (namely, April 16, 2019) rather than to trail the *Rodriquez-Landa* case; because of scheduling conflicts and other reasons, counsel for the codefendants are not available to participate in an April or May trial, and they and the government expect to seek the Court's approval of a continuance to November 2019.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued for defendant Oscar Flores until April 16, 2019 at 9:30 a.m.;

2. The time period of March 19, 2019 to April 16, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7);

3. Pretrial motions, including any wiretap related motions, shall be filed no later than January 28, 2019; oppositions shall be filed by February 11, 2019; any replies shall be filed by February 18, 2019; a hearing on any motions filed shall be held March 4, 2019 at 1:00 p.m.;

4. The status conference/motions in limine hearing set for March 4, 2019 shall be continued to April 1, 2019 at 1:00 p.m.; motions, oppositions in limine

///

///

shall be filed 21, 14 days prior thereto, respectively.  No replies on in limine motions.

    IT IS SO ORDERED.

Dated:  January 23, 2019

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Charles P. Diamond
_____

Charles P. Diamond
Counsel for Defendant Oscar Flores